FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 APR 14 PM 4:43

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR314-001 |
| | ) | |
| CHARLES A. GARRETT | ) | |

## ORDER FOR FORFEITURE OF FIREARMS CLAIMED BY PETITIONER MARY ROBIN-ROBERTS

Pursuant to a Consent Order of Forfeiture entered by the Court on July 3, 2014, Defendant Charles A. Garrett forfeited to the United States his interest in twenty-four firearms and 1,878 rounds of ammunition. The Court's Order provided that any third party having an interest in any of the firearms or ammunition could file a claim in an ancillary proceeding, pursuant to 21 U.S.C. § 853(n).

Following entry of the Court's Order, Mary Robin-Roberts filed a petition claiming an interest in three of the twenty four firearms.

On March 31, 2015, the Court held a hearing to determine the proper disposition of the firearms listed in Robin-Roberts's petition. The Court heard testimony from Robin-Roberts and Special Agent Ronald Rhodes, Jr., of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and inspected the firearms claimed by Robin-Roberts.

After careful review of the record in this case and considering the testimony of petitioner Robin-Roberts and Special Agent Rhodes, and the Court's own examination of the firearms in question, the Court finds that petitioner Robin-Roberts failed to meet her burden of establishing by a preponderance of the evidence the legal right, title or interest in the firearms listed below.

It is therefore ordered that the below-described two firearms be forfeited to the United States, which shall have clear title to the firearms and shall dispose of the firearms according to the law and policies and procedures of the United States Department of Justice the Bureau of Alcohol, Tobacco, Firearms and Explosives:

1. Mossberg, Model 485B, 20 gauge shotgun, serial number 262521; and

2. Marlin, Model 883SS, .22 caliber rifle, serial number 07651816;

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The Clerk of the Court shall forward two certified copies of this order to Assistant U.S. Attorney Lamont A. Belk, United States Attorney's Office for the Southern District of Georgia, P.O. Box 2017, Augusta, Georgia 30903.

This 14th day of April, 2015.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE

2