UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 APR 14  PM 4: 43

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR314-1 |
| | ) | |
| CHARLES A. GARRETT | ) | |

## ORDER

Pursuant to a Consent Order of Forfeiture entered by the Court on July 3, 2014, Defendant Charles A. Garrett forfeited to the United States his interest in twenty-four firearms and 1,878 rounds of ammunition. The Court's Order provided that any third party having an interest in any of the firearms or ammunition could file a claim in an ancillary proceeding, pursuant to 21 U.S.C. § 853(n).

Following entry of the Court's Order, Mary Robin-Roberts filed a petition claiming an interest in a Browning, Model 81BLR, .308 caliber rifle, serial number 09336NY227, among other firearms.

On March 31, 2015, the Court held a hearing to determine the proper disposition of the firearms listed in Robin-Roberts's petition. The Court heard testimony from Robin-Roberts and Special Agent Ronald Rhodes, Jr., of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and inspected the firearms claimed by petitioner.

Special Agent Rhodes testified that the Browning, Model 81BLR, .308 caliber rifle, serial number 09336NY227, had been reported stolen in Wisconsin. During the hearing, the Court inspected the firearm and the stolen firearm report and found them to be consistent with Special Agent Rhodes's testimony that the firearm had been reported stolen.

It is therefore ordered that the Bureau of Alcohol, Tobacco, Firearms and Explosives transfer the Browning, Model 81BLR, .308 caliber rifle, serial number 09336NY227, to Wisconsin so that it may be returned to its original owner.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The Clerk of the Court shall forward two certified copies of this order to Assistant U.S. Attorney Lamont A. Belk, United States Attorney's Office for the Southern District of Georgia, P.O. Box 2017, Augusta, Georgia 30903.

This 14th day of April, 2015.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE