FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 AUG 19 PM 3:15

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CASE NO: CR314-1 |
| | ) | |
| CHARLES A. GARRETT | ) | |

## ORDER

The defendant, Charles A. Garrett, was sentenced on September 25, 2014 and is in the custody of the Bureau of Prisons.

Surety, Benjamin Attaway, has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted by Benjamin Attaway for this defendant, plus all accrued interest thereon, be returned to: Benjamin Attaway at 2238 Gumlog Road, Wrightsville, Georgia 31096.

This 19th day of August, 2015 at Augusta, Georgia.

HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA